UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00572-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE LUIS BOCANEGRA-GUTIERREZ, a/k/a Jose Bocanegre, a/k/a Jose Bocengre, a/k/a Jose Luis Bocaegra, a/k/a Armondo Perez, a/k/a Jose Orlanda Vargas, a/k/a Jasio Lopez, a/k/a Yoshio Homero Lopez,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, December 8, 2010,** and responses to these motions shall be filed by **Wednesday, December 22, 2010.**  It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 24, 2011 at 9:00 a.m. in courtroom A-1002.**

Dated:  November 24, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge