UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00572-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSE LUIS BOCANEGRA-GUTIERREZ, a/k/a Jose Bocanegre, a/k/a Jose Bocengre, a/k/a Jose Luis Bocaegra, a/k/a Armondo Perez, a/k/a Jose Orlanda Vargas, a/k/a Jasio Lopez, a/k/a Yoshio Homero Lopez,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on December 29, 2010.  A Change of Plea Hearing is **SET** for **Friday, February 11, 2011, at 10:00 a.m.** in Courtroom A-1002.  The three-day jury trial set to commence **Monday, January 24, 2011 at 9:00 a.m.** is **VACATED**.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  January 4, 2011