### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Chief Judge Wiley Y. Daniel

Criminal Case No.   10-cr-00572-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE LUIS BOCANEGRA-GUTIERREZ, a/k/a JOSE BOCANEGRE, a/k/a JOSE BOCENGRE, a/k/a JOSE LUIS BOCAEGRA, a/k/a ARMONDO PEREZ, a/k/a JOSE ORLANDA VARGAS, a/k/a JASIO LOPEZ, a/k/a YOSHIO HOMERO LOPEZ,

    Defendant.

### ORDER

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same, it is hereby

ORDERED that Government's Motion for an Additional One-level Decrease in the Offense Level for Acceptance of Responsibility Pursuant to United States Sentencing Guidelines Section 3e1.1(b) (doc. #19), filed April 11, 2011, is **GRANTED.** It is further

ORDERED that defendant be granted an additional one-level decrease in the offense level.

Dated this <u>10th</u> day of May, 2011.

                                    BY THE COURT:

                                    <u>s/ Wiley Y. Daniel</u>
                                    WILEY Y. DANIEL,
                                    CHIEF UNITED STATES DISTRICT JUDGE